■ In the Matter of MARVEC-ALL STATE, INC., Appellant, v FRANCIS T. PURCELL, as Executive of the County of Nassau, et al., Respondents. — Judgment of the Supreme Court, Nassau County, dated August 6, 1981, affirmed, without costs or disbursements, for reasons stated in the opinion of Justice Pantano at Special Term. Mollen, P. J., Thompson, Brown and Niehoff, JJ., concur. [110 Misc 2d 67.]